# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRANCE JAMES KELM

NO. 2021 KW 0245

**APRIL 22, 2021**

---

In Re:     Terrance James Kelm, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 456,903.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**   The district court is not required to hold a hearing to set a return date. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT